FILED
JAN 19 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 4:22CR022 SRC/JMB |
| KERRON GILYARD, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### [DELAY OR DESTRUCTION OF MAIL: 18 U.S.C. § 1703(a)]

The Grand Jury further charges that:

On or about March 9, 2021, in the County of St. Louis, within the Eastern District of Missouri,

**KERRON GILYARD,**

the Defendant herein, then being an employee of the United States Postal Service, did unlawfully secrete, detain, destroy delay, or open any letter, postal card, package, bag, and mail entrusted to her and which was intended to be conveyed by mail, and carried and delivered by any carrier or other employee of the Postal Service, and forwarded through and delivered from any post office and station thereof established by authority of the Postmaster General or the Postal Service.

In violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
LINDA R. LANE, #AT00114511A
Assistant United States Attorney